UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-00657-UA (OP) | Date | April 18, 2013 |
|---|---|---|---|
| Title | Loral Huffman v. B.O.P. Warden McGrew | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On April 11, 2013, Loral Huffman ("Plaintiff") lodged for filing what purports to be a Civil Rights Complaint pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971).  (ECF No. 5.[1])

While Plaintiff has lodged the Complaint for filing, he has failed to pay the full filing fee of $350 and has failed to submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.

Further, Rule 8 of the Federal Rules of Civil Procedure provides that every pleading that states a claim for relief must contain "a short and plain statement of the claim showing that the pleader is entitled to relief," "a demand for relief sought," and "[e]ach allegation must be simple, concise, and direct."  Fed. R. Civ. P. 8(a)(2)-(3), (d)(1).  A district court has the power to dismiss a complaint when a plaintiff fails to comply with the Federal Rules of Civil Procedure, including Rule 8's "short and plain statement" requirement. See Vakalis v. Shawmut Corp., 925 F.2d 34, 36 (1st Cir. 1991); Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988).  The Complaint alleges in its entirety that "testified in cop killer case and prisoners found out by SHU guard telling them but Warden will not initiate protective custody transfer."  Plaintiff seeks damages and injunctive relief. (Compl. at 11.)  The Complaint fails to comply with the requirements of Rule 8.

---

[1] The Complaint was originally lodged in the Eastern District of California, but it was subsequently transferred to this District.  (ECF No. 1, 3.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 13-00657-UA (OP) | Date | April 18, 2013 |
|---|---|---|---|
| Title | Loral Huffman v. B.O.P. Warden McGrew | | |

Accordingly, Plaintiff is ordered to show cause on or before May 24, 2013, this matter should not be dismissed. Plaintiff shall submit the $350 filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee. Further, Plaintiff must submit an amended complaint that satisfies the requirements of Rule 8. Plaintiff must use the blank Central District Civil Rights Complaint form accompanying this order, must sign and date the form, must completely and accurately fill out the form, and must use the space provided in the form to set forth all of the claims that he wishes to assert in his amended Complaint. The amended Complaint shall not refer to the original Complaint.

Failure to comply with these requirements may result in a recommendation that the *in forma pauperis* application be denied for failure to prosecute and/or failure to comply with a court order.

The Clerk is directed to provide Plaintiff with a blank Central District Civil Rights Complaint form and a blank *in forma pauperis* application.

**IT IS SO ORDERED.**


cc: All Parties of Record

Initials of deputy clerk    jh-relief