## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 13-657-UA (OP)** | Date | **June 21, 2013** |
| --- | --- | --- | --- |
| Title | **Loral Huffman v. B.O.P. Warden McGrew** | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
| --- | --- | --- |
| D. Castellanos | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None | None |

**Proceedings:**      **IN CHAMBERS:   ORDER TO SHOW CAUSE (ECF No. 6); REQUEST FOR HEARING (ECF No. 7)**

On April 11, 2013, Loral Huffman ("Plaintiff") lodged for filing what purports to be a Civil Rights Complaint pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971).  (ECF No. 5.[1])  While Plaintiff lodged the Complaint for filing, he failed to pay the full filing fee of $350 and failed to submit an *in forma pauperis* application in order to proceed without payment of the full filing fee. Further, the Complaint failed to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure.  Accordingly, on April 18, 2013, the Court ordered Plaintiff to show cause on or before May 24, 2013, why this matter should not be dismissed. Plaintiff was ordered to submit the $350 filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.  Further, Plaintiff was ordered to submit an amended complaint that satisfies the requirements of Rule 8.  Finally, the Court admonished Plaintiff that his "[f]ailure to comply with these requirements may result in a recommendation that the *in forma pauperis* application be denied for failure to prosecute and/or failure to comply with a court order."  (ECF No. 6.)

On May 1, 2013, Plaintiff filed a document entitled "Emergency Injunction Motion for Contempt of Court Hearing" in which he informs the Court that the prison officials were

---

[1] The Complaint was originally lodged in the Eastern District of California, but it was subsequently transferred to this District.  (ECF No. 1, 3.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 13-657-UA (OP)** | Date | **June 21, 2013** |
|---|---|---|---|
| Title | **Loral Huffman v. B.O.P. Warden McGrew** | | |

not providing him with his legal mail, copies of grievance forms, or his trust fund statement. As a result, he is being hindered in bringing a civil action in this Court. He further requests a transfer to different institution. (ECF No. 7.) On May 13, 2013, the Court denied Plaintiff's transfer request without prejudice as premature. (ECF No. 9.)

On June 10, 2013, Plaintiff informed the Court that he had been transferred from USP Victorville to USP Tucson. He further informed the Court that his mail has not been forwarded to him by prison officials. (ECF No. 10.) To date, Plaintiff has not responded to the OSC.

Given Plaintiff transfer to a different institution, the Court will grant him additional time to respond to the OSC. Accordingly, Plaintiff is ordered to show cause on or before July 26, 2013, this matter should not be dismissed. Plaintiff shall submit the $350 filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee. Further, Plaintiff must submit an amended complaint that satisfies the requirements of Rule 8. Plaintiff must use the blank Central District Civil Rights Complaint form accompanying this order, must sign and date the form, must completely and accurately fill out the form, and must use the space provided in the form to set forth all of the claims that he wishes to assert in his amended Complaint. The amended Complaint shall not refer to the original Complaint.

Failure to submit the $350 filing fee to the clerk's office or failure to submit an *in forma pauperis* application shall result in the administrative closure of this case. Further, the failure to correct the aforementioned pleading deficiencies may result in a denial of any *in forma pauperis* application for failure to prosecute and/or failure to comply with a court order.

The Clerk is directed to provide Plaintiff with a blank Central District Civil Rights Complaint form and a blank *in forma pauperis* application. The Clerk is also directed to provide Plaintiff with a copy of the Court's order denying Plaintiff's request for an injunction as premature (ECF No. 9.)

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 13-657-UA (OP)** | Date | **June 21, 2013** |
|---|---|---|---|
| Title | **Loral Huffman v. B.O.P. Warden McGrew** | | |

cc: All Parties of Record

Initials of
Preparer                          DC