JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORAL R. HUFFMAN, | ) | Case No. EDCV 13-657-ODW (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| McGREW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the amended Complaint is hereby dismissed without prejudice.

DATED: February 19, 2014

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge